UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA D. DIXON

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY

        Defendant.
_____/

Case No. 19-cv-11617

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

ORDER: (1) ADOPTING MAGISTRATE JUDGE GRAND'S MARCH 23, 2020 REPORT AND RECOMMENDATION (ECF NO. 17); (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 13); (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15); (4) AFFIRMING THE FINDINGS OF THE COMMISSIONER; AND (5) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

On March 23, 2020 Magistrate Judge David R. Grand issued a Report and Recommendation recommending that the Court grant Defendant's Motion for Summary Judgment (ECF No. 15), deny Plaintiff's Motion for Summary Judgment (ECF No. 13), and affirm the findings of the Administrative Law Judge. (ECF No. 17.) Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 17), DENIES Plaintiff's Motion for Summary Judgment (ECF No. 13), GRANTS Defendant's Motion for

1

Summary Judgment (ECF No. 15), AFFIRMS the findings of the Commissioner, and DISMISSES Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

Dated:  May 26, 2020                                         s/Paul D. Borman
                                                             Paul D. Borman
                                                             United States District Judge